UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
DERRICK ANDERSON, on behalf of himself and all others
similarly situated,                                                                    Civil Action No:
                                                                                                    2:25-cv-2406-ARL

                                                   Plaintiff,


              -v.-

Outerknown, LLC


                                                   Defendants.
-------------------------------------------------------------------------x

## <u>NOTICE OF SETTLEMENT</u>

         Please take notice that the parties have settled the above-referenced case. This

settlement is contingent upon the execution of a written settlement agreement. The case will

be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more

than 60 days from the date of this notice. Please vacate all currently scheduled dates in this

matter.


 Dated: October 31, 2025                                          Respectfully Submitted,


                                                                          /s/ Uri Horowitz, Esq.
                                                                         Uri Horowitz, Esq.
                                                                         **Horowitz Law, PLLC**
                                                                         144-41 70th Road
                                                                         Flushing, NY 11367
                                                                         uri@horowitzlawpllc.com
                                                                         Tel. (718) 705-8700
                                                                         Fax (718) 705-8705
                                                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on October 31, 2025 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 31ST  day of October, 2025          Respectfully Submitted,

                              */s/ Uri Horowitz*
                               Uri Horowitz, Esq.